UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBIN L. NIELD, | ) |
|     Plaintiff, | ) CASE NO. C13-0023-JLR-MAT ) |
| v. | ) ) REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
|     Defendant. | ) ) |

    Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded. (Dkt. 18.)

    Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The parties stipulate that, on remand, plaintiff may submit additional evidence, and the Administrative Law Judge will: (1) request and evaluate additional evidence relevant to the period beginning January 1, 2006; (2) evaluate the severity of the alleged

REPORT AND RECOMMENDATION
PAGE -1

impairments in accordance with the regulations; (3) evaluate the credibility of plaintiff's allegations; and (4) issue a new decision.

Given the above, the Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this <u>13th</u> day of June, 2013.

Mary Alice Theiler
United States Magistrate Judge